**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | Nos. 14 and 15 MM 2018 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| LANCE EVERETT CHECCHIA, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of April, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. *See* Pa.R.Crim.P. 122(B) (noting that a criminal defendant is entitled to a counsel-filed Petition for Allowance of Appeal). Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.